# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**BARBARA V. RAMPHAL,**

**Plaintiff,**

v.   Case No: 6:18-cv-116-Orl-28SPF

**COMMISSIONER OF SOCIAL SECURITY,**

**Defendant.**

## ORDER

This case is before the Court on the Complaint (Doc. 1) filed by Plaintiff seeking review of the final decision of the Commissioner of Social Security ("Commissioner") terminating her disability benefits. The United States Magistrate Judge has submitted a Report (Doc. 29) recommending that the final decision be affirmed. Plaintiff has not filed an objection to the Report, and the time for filing objections has passed.

After review of the record, and noting that no objection to the Report has been filed, the Court agrees with the findings and conclusions in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed August 7, 2019 (Doc. 29) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The final decision of the Commissioner is **AFFIRMED**.

3. The Clerk of the Court is directed to enter judgment consistent with this Order and to thereafter close this file.

**DONE** and **ORDERED** in Orlando, Florida, on August 23, 2019.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record